A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Oct 29, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Oct 13, 2009

**FILED**
**CLERK'S OFFICE**

**IN RE: DIRECTV, INC., EARLY CANCELLATION**
**FEE MARKETING AND SALES PRACTICES**
**LITIGATION**

MDL No. 2093

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

On October 9, 2009, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Andrew J. Guilford.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Guilford.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of October 9, 2009, and, with the consent of that court, assigned to the Honorable Andrew J. Guilford.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 29, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DIRECTV, INC., EARLY CANCELLATION
FEE MARKETING AND SALES PRACTICES
LITIGATION**

MDL No. 2093

**SCHEDULE CTO-1 - TAG-ALONG ACTIONS**

| <u>DIST.</u> <u>DIV.</u> <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|
| LOUISIANA WESTERN | |
| LAW  3   09-1496 | Patricia Wilson, et al. v. DirecTV, Inc. |
| NEW YORK WESTERN | |
| NYW  1   09-846 | Joshua Folkerth v. DirecTV, Inc. |
| SOUTH CAROLINA | |
| SC     2   09-2367 | Hoyt McBroom v. DirecTV, Inc. |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

October 29, 2009

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Re:  MDL No. 2093 -- IN RE: DIRECTV, Inc., Early Cancellation Fee Marketing and Sales Practices
          Litigation

(See Attached CTO-1)

Dear Ms. Nafisi:

       Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 13, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

       The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

       A list of involved counsel is attached.

                                        Very truly,

                                        Jeffery N. Lüthi
                                        Clerk of the Panel

                                        By Tanisha Spinner
                                           Tanisha Spinner
                                           Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)
cc:   Transferee Judge:  Judge Andrew J. Guilford

JPML Form 36A

**IN RE: DIRECTV, INC., EARLY CANCELLATION FEE MARKETING AND SALES PRACTICES LITIGATION**

MDL No. 2093

### INVOLVED COUNSEL LIST (CTO-1)

Scott E. Brady
BOHRER LAW FIRM LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809

James E. Cecchi
CARELLA BYRNE BAIN GILFILLAN ET AL
5 Becker Farm Road
Roseland, NJ 07068

Deanna D. Dailey
SPRENGER & LANG PLLC
310 Fourth Avenue, South
Suite 600
Minneapolis, MN 55415

Dan Getman
GETMAN & SWEENEY PLLC
9 Paradies Lane
New Paltz, NY 12561

J. Paul Gignac
ARIAS OZZELLO & GIGNAC LLP
4050 Calle Real, Suite 130
Santa Barbara, CA 93110-4027

Blake M. Harper
HULETT HARPER STEWART LLP
525 B Street, Suite 760
San Diego, CA 92101

Melissa D. Ingalls
KIRKLAND & ELLIS LLP
777 South Figueroa St., Suite 3700
Los Angeles, CA 90017-5800

Jennifer E. Johnsen
GALLIVAN WHITE & BOYD PA
P.O. Box 10589
Greenville, SC 29603

Brian Morris Knowles
KNOWLES LAW FIRM
P.O. Box 50201
Summerville, SC 29485

George K. Lang
FREED & WEISS LLC
111 West Washington Street
Suite 1331
Chicago, IL 60602

Kristen E. Law
LEIFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street
Embarcadero Center West
30th Floor
San Francisco, CA 94111-3339

Deirdre C. McGlinchey
MCGLINCHEY STAFFORD PLLC
1811 Tower Drive, Suite A
Monroe, LA 71201

Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464

Rosemary M. Rivas
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104

Patrick L. Rocco
SHALOV STONE BONNER & ROCCO LLP
65 Madison Ave., Suite 333
Morristown, NJ 07960