# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re DIRECTV, Inc.
*Early Cancellation Fee Marketing and Sales Practices Litigation*   PLAINTIFF(S)

v.

DEFENDANT(S).

CASE NUMBER

SA09-ml-02093 AG (ANx)

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

**The following information must be provided:**

I, Kevin M. Askew , 238866 , kevin.askew@kirkland.com
    *Name*    *CA Bar ID Number*    *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

DIRECTV, Inc., DIRECTV Merchandising, Inc., DIRECTV Enterprises, LLC, DIRECTV Holdings LLC, and The DIRECTV Group, Inc.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
    PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

G-06 (05/08)      **NOTICE OF CHANGE OF ATTORNEY INFORMATION**      Page 1 of 2

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name: Kevin M. Askew  
CA State Bar Number: 238866  
Firm/Government Agency Name: Kirkland & Ellis LLP  
Address: 777 South Figueroa Street, Suite 3400  
Telephone Number: (213) 680-8400  
Facsimile Number: (213) 680-8500  
New E-mail address: kevin.askew@kirkland.com  

☐ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: November 24, 2009

s/ Kevin M. Askew  
*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

# CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2009 I have electronically filed the Notice of Change of Attorney Information for Kevin M. Askew with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed a copy of the foregoing document by U.S. First Class Mail, postage prepaid to the following non-CM/ECF participants:

Scott E. Brady
Bohrer Law Firm
8712 Jefferson Highway Suite B
Baton Rouge , LA 70809

Dan Getman
Getman and Sweeney PLLC
9 Paradies Lane
New Paltz , NY 12561

Deanna D Dailey
Sprenger and Lang PLLC
310 Fourth Avenue South Suite 600
Minneapolis , MN 55415

Jennifer E Johnsen
Gallivan White and Boyd
PO Box 10589
Greenville , SC 29603

Brian Morris Knowles
Knowles Law Firm
PO Box 50201
Summerville , SC 29485

Michael J Lotus
Free and Weiss LLC
111 West Washington Street Suite 1331
Chicago , IL 60602

Deirdre C McGlinchey
McGlinchey Stafford PLLC
1811 Tower Drive Suite A
Monroe , LA 71201

Joseph F Rice
Motley Rice
PO Box 1792
28 Bridgeside Blvd
Mt Pleasant , SC 29465

Patrick L Rocco
Shalov Stone Bonner and Rocco LLP
65 Madison Avenue Suite 333
Morristown , NJ 07960

Douglas G Thompson
Finkelstein Thompson LLP
1050 30th Street N W
Washington , DC 20007

Executed November 24, 2009, at Los Angeles, California.

3
**CERTIFICATE OF SERVICE TO THE NOTICE OF CHANGE OF ATTORNEY INFORMATION**

| | |
|---|---|
| 1 | |
| 2 | By: _____/s/ Kevin M. Askew_____ |
| | Kevin M. Askew |
| 3 | |
| | 777 South Figueroa Street |
| 4 | Los Angeles, CA 90017 |
| | Telephone:  (213) 680-8400 |
| 5 | Facsimile:   (213) 680-8500 |
| | E-Mail:        kevin.askew@kirkland.com |

Attorneys for Defendant DIRECTV, Inc. DIRECTV, Inc., DIRECTV Merchandising, Inc., DIRECTV Enterprises, LLC, DIRECTV Holdings LLC, and The DIRECTV Group, Inc.

4

**CERTIFICATE OF SERVICE TO THE NOTICE OF CHANGE OF ATTORNEY INFORMATION**