A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Jan 20, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 04, 2010

FILED
CLERK'S OFFICE

**IN RE: DIRECTV, INC., EARLY CANCELLATION
FEE MARKETING AND SALES PRACTICES
LITIGATION**

Paul Brice, et al. v. DirecTV, Inc., et al., )
W.D. Washington, C.A. No. 2:09-1347 )
USDC CD Cal # SACV10-110 AG (ANx) )

MDL No. 2093

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On October 9, 2009, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2009). Since that time, four additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Andrew J. Guilford.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Guilford.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of October 9, 2009, and, with the consent of that court, assigned to the Honorable Andrew J. Guilford.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 20, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 1/26/10
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1090

Filed
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION

JAN 26 2010

CENTRAL DISTRICT OF CALIFORNIA
BY   SDM   DEPUTY

# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888
http://www.jpml.uscourts.gov

January 20, 2010

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg.
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

I hereby attest and certify on 1/26/10 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1090

Re: MDL No. 2093 -- IN RE: DIRECTV, Inc., Early Cancellation Fee Marketing and Sales Practices Litigation

(See Attached CTO-3)

Dear Ms. Nafisi:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 4, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A Panel Service List is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Delora Davis
Delora Davis
Operations Support
Quality Control Analyst

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Andrew J. Guilford

JPML Form 36A

IN RE: DIRECTV, INC., EARLY CANCELLATION
FEE MARKETING AND SALES PRACTICES            MDL No. 2093
LITIGATION

## PANEL SERVICE LIST (CTO-3)

James E. Cecchi
CARELLA BYRNE BAIN GILFILLAN,
    ET AL
5 Becker Farm Road
Roseland, NJ 07068

Deanna D. Dailey
SPRENGER & LANG PLLC
310 Fourth Avenue, South
Suite 600
Minneapolis, MN 55415

J. Paul Gignac
ARIAS OZZELLO & GIGNAC LLP
4050 Calle Real
Suite 130
Santa Barbara, CA 93110-4027

Blake M. Harper
HULETT HARPER STEWART LLP
525 B Street
Suite 760
San Diego, CA 92101

Melissa D. Ingalls
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Suite 3700
Los Angeles, CA 90017-5800

George K. Lang
FREED & WEISS LLC
111 West Washington Street
Suite 1331
Chicago, IL 60602

Kristen E. Law
LEIFF CABRASER HEIMANN &
BERNSTEIN
275 Battery Street
Embarcadero Center West
30th Floor
San Francisco, CA 94111-3339

Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

Rosemary M. Rivas
FINKELSTEIN THOMPSON LLP
100 Bush Street
Suite 1450
San Francisco, CA 94104

Patrick L. Rocco
SHALOV STONE BONNER & ROCCO
LLP
65 Madison Avenue
Suite 333
Morristown, NJ 07960

Beth E. Terrell
TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, WA 98103