1  HULETT HARPER STEWART LLP
2  BLAKE MUIR HARPER, SBN: 115756
   SARAH P. WEBER, SBN: 239979
3  LINDSAY J. FOSTER, SBN: 254008
4  525 B Street, Suite 760
   San Diego, CA 92101
5  Telephone:  (619) 338-1133
6  Facsimile:  (619) 338-1139
   e-mail:     bmh@hulettharper.com
7              sweber@hulettharper.com
               lindsay@hulettharper.com
8

9  Interim Lead Counsel for Plaintiffs
10 [Additional Counsel Listed on Signature Page]

11              IN THE UNITED STATES DISTRICT COURT

12          CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| IN RE DIRECTV EARLY CANCELLATION FEE MARKETING AND SALES PRACTICES LITIGATION | CASE NO. 8:09-ml-2093AG(ANx) |
|---|---|
| This Document Relates To:<br><br>All Actions. | **PLAINTIFFS' *EX PARTE* APPLICATION TO PREVENT DEFENDANT DIRECTV, INC.'S MISLEADING COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS AND FOR EXPEDITED DISCOVERY CONCERNING THOSE COMMUNICATIONS**<br><br>JUDGE:  Hon. Andrew J. Guilford<br>CTRM:   10D |

Plaintiffs in the multidistrict litigation, *In re DirecTV Early Cancellation Fee Marketing and Sales Practice Litigation*, file this *ex parte* application respectfully seeking an order to prevent Defendant DirecTV from continuing to contact members of the putative class with misleading information and to require DirecTV to respond to related discovery on an expedited basis.

Defendant is represented in this action by Melissa Ingalls, Esq., Robyn Bladow, Esq. and Shaun Paisley, Esq. of the law firm Kirkland & Ellis LLP, which is located at 333 South Hope Street, Los Angeles, California 90017. The telephone number for Defendant's counsel is (213) 680-8400. Interim Lead Counsel for Plaintiffs advised counsel for Defendant of the substance of this *ex parte* application and Defendant opposes the application.

As detailed in the accompany memorandum of points and authorities and the supporting declaration of Blake Muir Harper, good cause supports this application.

DATED: March 14, 2011

HULETT HARPER STEWART LLP
BLAKE MUIR HARPER
SARAH P. WEBER
LINDSAY J. FOSTER


    */s/ Blake Muir Harper*
BLAKE MUIR HARPER

525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Interim Lead Counsel for Plaintiffs in
*In re DirecTV ECF Litigation*

FINKELSTEIN THOMPSON LLP
ROSEMARY M. RIVAS
TRACY H. TIEN
100 Bush Street, Suite 1450
San Francisco, CA 94104

1

Telephone: (415) 981-4800
Facsimile: (415) 981-4846
e-mail: rrivas@finkelsteinthompson.com
ttien@finkelsteinthompson.com

FINKELSTEIN THOMPSON LLP
DOUGLAS G. THOMPSON, JR.
TRACY D. REZVANI
1050 30th Street, NW
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
e-mail: dthompson@finkelsteinthompson.com
trezvani@finkelsteinthompson.com

Attorneys for Plaintiff Maureen Van Meter

FREED & WEISS LLC
PAUL M. WEISS
GEORGE K. LANG
JAMIE E. WEISS
JEFFREY A. LEON
MICHAEL J. LOTUS
111 West Washington Street, Suite 1331
Chicago, IL 60602
Telephone: (312) 220-0000
Facsimile: (312) 220-7777
e-mail: paul@freedweiss.com
jamie@freedweiss.com
george@freedweiss.com

Attorneys for Plaintiffs Joseph Lombardi and Christine Schuessler

LIEFF CABRASER HEIMANN
 & BERNSTEIN LLP
KRISTEN E. LAW
NIMISH R. DESAI
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

| | |
|---|---|
| 1 | |
| 2 | Facsimile:   (415) 956-1008 |
|   | e-mail:   klaw@lchb.com |
| 3 |   ndesai@lchb.com |
| 4 | LIEFF CABRASER HEIMANN |
| 5 |   & BERNSTEIN LLP |
|   | JONATHAN D. SELBIN |
| 6 | 250 Hudson Street, 8th Floor |
|   | New York, NY 10013 |
| 7 | Telephone:  (212) 355-9500 |
| 8 | Facsimile:   (212) 355-9592 |
|   | e-mail:   jselbin@lchb.com |
| 9 | |
| 10 | Attorneys for Plaintiffs Paul Cannon and Roberta and Edward Pifer |

3

8:09-ml-2093AG(ANx)