| | |
|---|---|
| 1 | Melissa D. Ingalls (State Bar No. 174861) |
| 2 | melissa.ingalls@kirkland.com<br>Robyn E. Bladow (State Bar No. 205189) |
| 3 | robyn.bladow@kirkland.com<br>Shaun Paisley (State Bar No. 244377) |
| 4 | shaun.paisley@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 5 | 333 South Hope Street<br>Los Angeles, California  90071 |
| 6 | Telephone:  (213) 680-8400<br>Facsimile:   (213) 680-8500 |
| 7 | Attorneys for Defendant DIRECTV, Inc. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DIRECTV EARLY CANCELLATION FEE MARKETING AND SALES PRACTICES LITIGATION | CASE NO. SA 09-ML-2093 AG (ANX)<br><br>**DIRECTV'S NOTICE OF APPEAL**<br><br>JUDGE:  Hon. Andrew J. Guilford<br>CRTM:   10D |
| This Document Relates To:<br><br>Plaintiffs Annette Kahaly, John Mulea, Maureen Van Meter, Sean and Tara Murray, Louis Wilson and Carolyn Forbes, Tracy Twyman, Keith and Jana Harper, Eben Paguirigan, Paul and Karen Brice. | |

1  Notice is hereby given in accordance with Rule 3 of the Federal Rules of
2  Appellate Procedure that Defendant DIRECTV, Inc. ("DIRECTV"), by and through
3  its counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit
4  from the Order of the District Court, dated September 6, 2011 (Dkt. No. 255, attached
5  as Exhibit A), which granted in part and denied in part DIRECTV's Motion To
6  Compel Arbitration with Plaintiffs from California, New Jersey, Oregon, and
7  Washington. Specifically, DIRECTV appeals, pursuant to 9 U.S.C. § 16(a)(1)(B), the
8  Court's denial of its motion to compel arbitration as to Plaintiffs' claims for injunctive
9  relief under California's Unfair Competition Law and Consumers Legal Remedies
10 Act. Ex. A at 15-17.

11
12 DATED: October 4, 2011        Respectfully submitted,
13                               KIRKLAND & ELLIS LLP
14
15                                   /s/ Robyn E. Bladow
                                  Robyn E. Bladow
16                                Attorneys for DIRECTV, Inc.

1

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2011, I have electronically filed DIRECTV'S NOTICE OF APPEAL with the Clerk of the Court by using the CM/ECF system, which will automatically send an e-mail notification of such filing to Interim Lead Class Counsel Blake M. Harper, a registered CM/ECF user.

Interim Lead Class Counsel is responsible for ensuring service to all other Plaintiffs' counsel.  *See* Feb. 2, 2010 Order Granting Plaintiffs' Joint Application for Consolidation and the Appointment of Hulett Harper Stewart LLP as Interim Lead Class Counsel (SA 09-ML-2093 AG (ANx), Dkt. No. 42); Plaintiffs' [Proposed] Order Appointing Hulett Harper Stewart LLP Interim Lead Class Counsel Pursuant to F.R.C.P. 23(g), Section 3.l. (SA 09-ML -2093 AG (ANx), Dkt. No. 23-4).

Executed on October 4, 2011, at Los Angeles, California.

          KIRKLAND & ELLIS LLP

          By:     /s/ Robyn E. Bladow
                Robyn E. Bladow

333 South Hope Street
Los Angeles, California 90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
E-Mail:  robyn.bladow@kirkland.com

Attorneys for Defendant DIRECTV, Inc.

2