1  Melissa D. Ingalls (State Bar No. 174861)
   melissa.ingalls@kirkland.com
2  Robyn E. Bladow (State Bar No. 205189)
   robyn.bladow@kirkland.com
3  Shaun Paisley (State Bar No. 244377)
   shaun.paisley@kirkland.com
4  KIRKLAND & ELLIS LLP
   333 South Hope Street
5  Los Angeles, California  90071
   Telephone:  (213) 680-8400
6  Facsimile:  (213) 680-8500

7  Attorneys for Defendant DIRECTV, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DIRECTV EARLY CANCELLATION FEE MARKETING AND SALES PRACTICES LITIGATION | CASE NO. SA 09-ML-2093 AG (ANX) **DIRECTV'S NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** JUDGE: Hon. Andrew J. Guilford CRTM: 10D |
| This Document Relates To: Plaintiffs Annette Kahaly, John Mulea, Maureen Van Meter, Sean and Tara Murray, Louis Wilson and Carolyn Forbes, Tracy Twyman, Keith and Jana Harper, Eben Paguirigan, Karen Brice. | |

# NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, Defendant and Appellant DIRECTV, Inc. ("DIRECTV") hereby certifies that the parties in this case and the names, addresses, and telephone numbers of their respective counsel, are as follows:

**For DIRECTV:**

> Melissa D. Ingalls (State Bar No. 174861)
> melissa.ingalls@kirkland.com
> Robyn E. Bladow (State Bar No. 205189)
> robyn.bladow@kirkland.com
> Shaun Paisley (State Bar No. 244377)
> shaun.paisley@kirkland.com
> KIRKLAND & ELLIS LLP
> 333 South Hope Street
> Los Angeles, California 90071
> Telephone:  (213) 680-8400
> Facsimile:  (213) 680-8500

**For Plaintiffs** (Annette Kahaly, John Mulea, Maureen Van Meter, Carolyn Forbes and Louis M. Wilson, Tara and Sean Murray, Keith and Jana Harper, Tracy Twyman, Karen Brice, and Eben Paguirigan)[1]:

> Blake M. Harper
> Sarah P. Weber
> Lindsay J Mertens
> Hulett Harper Stewart LLP
> 525 B Street Suite 760
> San Diego, CA 92101
> 619-338-1133
> Fax: 619-338-1139
> Email: bmh@hulettharper.com
> Email: sweber@hulettharper.com
> Email: lindsay@hulettharper.com

---

[1] Christine Slakans, Joseph Lombardi, Kathleen O'Brien, Sandra Johannes, Ira Boshnack, Christine Schuessler, Gary Smith, Roberta and Edward Pifer, Hoyt McBroom, Alice and Jack Brode, Patricia Wilson, Dorothy Jones, and Joshua Folkerth are also parties to the action, but are not parties to this particular appeal.

1

Kristen Law Sagafi
Lieff Cabraser Heimann and Bernstein
275 Battery 30th Floor
San Francisco, CA 94111-3339
415-956-1000
Fax: 415-956-1008
Email: ksagafi@lchb.com

Rosemary M. Rivas
Danielle A Stoumbos
Finkelstein Thompson LLP
100 Bush Street Suite 1450
San Francisco, CA 94104
415-398-8700
Fax: 415-398-8704
Email: rrivas@finkelsteinthompson.com
Email: dstoumbos@finkelsteinthompson.com

Ingrid M. Evans
The Evans Law Firm
3053 Filmore Street # 236
San Francisco, CA 94123
(888) 503-8267/ (415) 441-8669
Fax: (888) 891-4906
Email: ingrid@evanslaw.com

Joshua G. Konecky
Schneider Wallace Cottrell Brayton Konecky LLP
180 Montgomery Street Suite 2000
San Francisco, CA 94104
415-421-7100
Fax: 415-421-7105
Email: jkonecky@schneiderwallace.com

Michael E. Withey
Law Offices of Michael Withey
601 Union Street Suite 4200
Seattle, WA 98101
206-448-1800
Fax: 866-793-7216
Email: mike@witheylaw.com

| | | |
|---|---|---|
| 1 | DATED:  October 6, 2011 | Respectfully submitted, |
| 2 | | KIRKLAND & ELLIS LLP |
| 3 | | |
| 4 | | /s/ Robyn E. Bladow |
|   | | Robyn E. Bladow |
| 5 | | Attorneys for Defendant DIRECTV, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, I have electronically filed DIRECTV'S NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT with the Clerk of the Court by using the CM/ECF system, which will automatically send an e-mail notification of such filing to Interim Lead Class Counsel Blake M. Harper, a registered CM/ECF user.

Interim Lead Class Counsel is responsible for ensuring service to all other Plaintiffs' counsel.  *See* Feb. 2, 2010 Order Granting Plaintiffs' Joint Application for Consolidation and the Appointment of Hulett Harper Stewart LLP as Interim Lead Class Counsel (SA 09-ML-2093 AG (ANx), Dkt. No. 42); Plaintiffs' [Proposed] Order Appointing Hulett Harper Stewart LLP Interim Lead Class Counsel Pursuant to F.R.C.P. 23(g), Section 3.l. (SA 09-ML -2093 AG (ANx), Dkt. No. 23-4).

Executed on October 6, 2011, at Los Angeles, California.

KIRKLAND & ELLIS LLP

By:  /s/ Robyn E. Bladow
Robyn E. Bladow

333 South Hope Street
Los Angeles, California 90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
E-Mail:  robyn.bladow@kirkland.com

Attorneys for Defendant DIRECTV, Inc.